**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SYLVIA RUIZ,

               Plaintiff,               19 **CIVIL** 7516 (CS) (PED)

     -v-                             **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2020, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing.

**Dated:**  New York, New York
         April 27, 2020

                                                 **RUBY J. KRAJICK**
                                                _____
                                                 **Clerk of Court**
                     **BY:**
                                                 **Deputy Clerk**